KTF:BT
F. #2024R00934

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SVETLANA DALI,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   JANUARY 13, 2025   *
BROOKLYN OFFICE

I N D I C T M E N T

Cr. No. 25-CR-14
(T. 18, U.S.C., §§ 2199, 2199(1) and 3551 et seq.)

Judge Ann M. Donnelly
Magistrate Judge Lois Bloom

THE GRAND JURY CHARGES:

<u>STOWAWAY ON AN AIRCRAFT</u>

On or about November 26, 2024, within the Eastern District of New York and elsewhere, the defendant SVETLANA DALI did board, enter and secrete herself aboard an aircraft, to wit: Delta Air Lines flight number DL264 departing from John F. Kennedy International Airport in Queens, New York, to Charles de Gaulle Airport in Paris, France, without the consent of the owner, charterer, master and person in command of such aircraft, and with intent to obtain transportation, and was thereon at the time of departure of said aircraft from an airport within the jurisdiction of the United States.

(Title 18, United States Code, Sections 2199, 2199(1), and 3551 et seq.)

A TRUE BILL

/s/
_____
FOREPERSON

By David Pitluck, Assistant U.S. Attorney
_____
CAROLYN POKORNY
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK