INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   JANUARY 13, 2025   *
BROOKLYN OFFICE

25-CR-14
Judge Ann M. Donnelly
Magistrate Judge Lois Bloom

1. Title of Case: United States v. Svetlana Dali

2. Related Magistrate Docket Number(s): 24-MJ-645

3. Arrest Date: 12/5/2024

4. Nature of offense(s):   ☒ Felony
                            ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): N/A

6. Projected Length of Trial:   Less than 6 weeks   ☒
                                 More than 6 weeks   ☐

7. County in which crime was allegedly committed: Kings County
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes  ☒ No

9. Has this indictment/information been ordered sealed?   ☐ Yes  ☒ No

10. Have arrest warrants been ordered?   ☐ Yes  ☒ No

11. Is there a capital count included in the indictment?   ☐ Yes  ☒ No

CAROLYN POKORNY
ACTING UNITED STATES ATTORNEY

By:   /s/ Brooke Theodora
      Brooke Theodora
      Assistant U.S. Attorney
      (718) 254-6342

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12