## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Joseph A. Marutollo__   DATE: __1/15/25__

DOCKET NUMBER: __25CR14(AMD)__   LOG#: __11:27 – 11:58__

DEFENDANT'S NAME: __Svetlana Dali__
✓ Present  ___ Not Present   ✓ Custody  ___ Bail

DEFENSE COUNSEL: __Michael Schneider__
✓ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: __Brooke Theodora__   CLERK: __Felix Chin__

INTERPRETER: __Isabelle Avrutin__   (Language) __Russian__

Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __1/15/25__ Stop __3/5/25__

✓ Rule 5f warnings given to the govt.   ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __3/5/25 @ 2:30__ before Judge __Donnelly__

Other Rulings: __Bond revoked. Order of detention entered.__