# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

May 6, 2025

**By ECF**

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

**RE**: **United States v. Svetlana Dali, 25 CR 14 (AMD)**

Dear Judge Donnelly:

I write to request that the pretrial conference in this matter, presently scheduled for May 15, 2025, be rescheduled to May 14, 2025 at 10:30 a.m. I make this request because I have a previously scheduled medical appointment set for May 15. I understand that the government and the Court are available on May 14 and that the government does not object to this request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Michael K. Schneider, Esq.

cc:    Clerk of the Court (by ECF)
       AUSA Brooke Theodora (by ECF and email)