# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
### Southern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: **1:25-cr-00014-AMD-1** |
| -v- | **Honorable Ann M. Donnelly** |
| **Svetlana Dali** | (District Court Judge) |

Notice is hereby given that Svetlana Dali appeals to the United States Court of Appeals for the Second Circuit from the:  ☒ **Judgment**   ☐ **Order**   ☐ **Other**: **Sentencing**
(specify)

entered in this action on **7/14/2024**.

Offense occurred after November 1, 1987:  ☒ Yes   ☐ No

The appeal concerns:  ☒ Conviction & Sentence Only   ☐ Conviction Only   ☐ Sentence Only

| | |
|---|---|
| Date: **July 16, 2025** | **Barry D. Leiwant, Esq.** |
| | (Counsel for Appellant) |
| TO: **Brooke Theodora, Esq.** | Address: **Federal Defenders of New York, Inc.** |
| Assistant United States Attorney | **52 Duane Street - 10th Floor** |
| | **New York, NY 10007** |
| From: **Svetlana Dali** | |
| Reg. No. 00056-506 | Tel. No.: **(212) 417-8700** |
| **Michael K. Schneider, Esq.** | |
| Of Counsel | |

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ➤QUESTIONNAIRE | ➤TRANSCRIPT ORDER ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE). |
| ☒ I am ordering a transcripts<br>☐ I am not ordering a transcript<br>  Reason:<br>☐ Daily copy is available<br>☐ U. S. Attorney has placed order<br>☐ Other: Attach explanation: | **Prepare transcript of**     (Dates)<br>☒ Sentencing   7/10/2025<br>☐ Trial<br>☐ Order<br>☐ Plea hearing |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)) ➤   Method of payment ☐ Funds   ☐ CJA Form 24   ☒ Federal Defenders of New York, Inc.

| | |
|---|---|
| Attorney's Signature:<br>*Michael Schneider, esq* (cr) | Date:   July 16, 2024 |

➤COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forward to Court of Appeals

| Date order received: | Estimated Completion Date: | Estimated # of Pages: |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)